UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY BRADY, Personal Representative
of the Estate of Donald Murray,

      Plaintiff,

v.                                          Case No. 12-12365
                                          Hon. Gerald Rosen

CITY OF WESTLAND, CITY OF WESTLAND
POLICE OFFICER DAWLEY, CITY OF WESTLAND
SGT. BIRD, CITY OF WESTLAND LT. BENSON, CITY
OF WESTLAND OFFICER MYTYCH AND CITY OF
GARDEN CITY POLICE OFFICER LORENZETTI,

      Defendants

---

ROMANO LAW, P.L.L.C.
Daniel G. Romano (P 49117)
David G. Blake (P 73544)
Attorneys for Plaintiff
26555 Evergreen Rd., Ste. 1500
Southfield, MI. 48076
248.750.0270
dromano@romanolawpllc.com
dblake@romanolawpllc.com

CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
Gregory A. Roberts (P 33984)
Attorneys for Defendants
33900 Schoolcraft Road
Livonia, MI. 48150
734.261.2400
groberts@cmda-law.com

HEMMING, POLACZYK, CRONIN
WITTHOFF & BENNETT, P.C.
Ronald E. Witthoff (P 26417)
Timothy L. Cronin (p 26417)
217 W. Ann Arbor Road
Suite 302
Plymouth, MI. 48170
734.453.7877
tcronin@hpcswb.com
rwitthoff@hpcswb.com

## WESTLAND DEFENDANTS' WITNESS LIST

NOW COME Defendants, CITY OF WESTLAND, CITY OF WESTLAND POLICE OFFICER DAWLEY, CITY OF WESTLAND SGT. BIRD, CITY OF WESTLAND LT. BENSON, CITY OF WESTLAND OFFICER MYTYCH, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C. by GREGORY A. ROBERTS, and for their list of witnesses to be called at the time of trial, state as follows:

1. Plaintiff, Mary Brady

2. Garden City Police Department Personnel:

    - Officer Robert Matigan

    - Officer Greg Redmon

    - Officer Randy Lorenzetti

    - Sgt. Kirk Oswald

3. Westland Police Department Personnel:

    - Lt. Christopher Benson, retired

    - Lt. Stephen Bird

    - Officer Bryan Mytych

    - Officer Burke Lange

    - Deputy Chief Dan Karrick, retired

    - Detective Adams

    - Scott Murray, retired

4. Sgt. Steven Ewing, Taser Expert

5. Westland Fire Department EMS Personnel:

    - EMS Parsons

- EMS Silvestri

- EMS Pochron

- EMS Gilliam

6. Beverly Moore, 31127 Beachnut, Garden City, MI.

7. Daryl Moore, 31127 Beachnut, Garden City, MI.

8. Annette Rippers, 19642 W. Ridge Dr., Apt. G, Northville, MI. 48167

9. Joseph Toth, 31074 Beachnut, Garden City, MI.

10. Charles Ables, 31014 Fernwood, Westland, MI.

11. Patrick Cudney, 31013 Beechnut, Garden City, MI.

12. Darrell L. Ross, PhD - Expert Sudden Death in Custody, Excited Delirium, Taser application and Continuum of Force.

13. Dr. Yangouyian, Garden City Hospital

14. Dr. Roger Lewis, Garden City Hospital

15. Records Custodian for the following:

    - Michigan Department of Corrections

    - Garden City Hospital

    - City of Adrian Works Program

    - Unknown "Rehabilitation Center"

    - Wayne County Medical Examiner/Coroner

    - City of Westland

    - City of Garden City

16. Any and all necessary rebuttal witnesses

17. Any witnesses named by any party whether or not called to testify

18. Defendants reserve the right to amend its list of witnesses as further witnesses become known through the course of discovery.

s/Gregory A. Roberts
33900 Schoolcraft
Livonia, MI. 48150
Phone: (734) 261-2400
Email: groberts@cmda-law.com
P 33984

Dated: February 28, 2013

---

I hereby certify that on February 28, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: All Attorneys of Record

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A

s/Gregory A. Roberts
33900 Schoolcraft
Livonia, MI 48150
Phone: (734) 261-2400
Primary E-mail: groberts@cmda-law.com
P 33984
