UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY BRADY, PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONALD MURRAY,

    Plaintiff,

v.

                                                  Case No. 12-12365
                                                  Hon. Gerald A. Rosen

CITY OF WESTLAND, CITY OF WESTLAND
POLICE OFFICER DAWLEY, CITY OF WESTLAND
POLICE SERGEANT BIRD, CITY OF WESTLAND
POLICE LIEUTENANT BENSON, CITY OF WESTLAND
POLICE OFFICER MYTYCH, CITY OF GARDEN CITY
POLICE OFFICER LORENZETTI,

    Defendants.
_____

| | |
|---|---|
| ROMANO LAW, P.L.L.C.<br>By: DANIEL G. ROMANO P49117<br>    DAVID G. BLAKE P73544<br>Attorneys for Plaintiff<br>26555 Evergreen Road, Suite 15000<br>Southfield, Michigan 48076<br>(248) 750-0270<br>dromano@romanolawpllc.com<br>dblake@romanolawpllc.com | CUMMING, McCLOREY, DAVIS & ACHO<br>Gregory A. Roberts (P33984)<br>Attorneys for Defendants City of Westland<br>Sgt. Bird, Lt. Benson and Westland Police<br>Officers Dawley & Mytych<br>33900 Schoolcraft Road<br>Livonia, Michigan 48150<br>(734) 261-2400<br>grobert@cmda-law.com |
| HEMMING, POLACZYK, CRONIN<br>WITTHOFF & BENNETT, P.C.<br>Attorney for Defendant Lorenzetti<br>BY:  RONALD E. WITTHOFF P23040<br>     TIMOTHY L. CRONIN P26417<br>217 W. Ann Arbor Rd., Suite 302<br>Plymouth, MI 48170<br>(734) 453-7877; Fax 453-1108<br>tcronin@hpcswb.com<br>rwitthoff@hpcswb.com | |

_____

## INDEX OF EXHIBITS

    Exhibit A    Affidavit of Patrick M. Cudney

    Exhibit B    Affidavit of Charles E. Ables

| | |
|---|---|
| Exhibit C | Affidavit of Daryl Moore |
| Exhibit D | Westland Police Department Report |
| Exhibit E | Sgt. K. Oswald Use of Force Supervisor's Report |
| Exhibit F | Mary Brady's Deposition Testimony (pages 109-114) |
| Exhibit G | Mary Brady's Answers to Interrogatories Nos. 14, 15 and 17 |
| Exhibit H | Mary Brady's Deposition Testimony (pages 104-105) |
| Exhibit I | Mary Brady's Deposition Testimony (page 100) |
| Exhibit J | Wayne County Medical Examiner's Report |
| Exhibit K | Garden City Police Officer Lorenzetti's Report |