# EXHIBIT 2

Sgt. Dawley
8-1-11
1115 hrs.
36077 Farragut
Westland.

X Darrin + Mark + Anet called me Monday Morning between 12:30 And 3:00 They told me That donnie was there And He was Acting Scared for His life They told me He Seen A. Burgandy VAN AND RAN for His life in the Apartments Next to Thiers Then they told me they called Him He Answered His phone AND MARK Asked if He was Coming back He said donny said He was Coming back but Never did Then they told me He Never came back They Called His phone And it went straight to voice mail They Said this happened Saturday Morning ~~MA~~ I Asked Mark why they didn't Call police He Said Anet Called westland And Asked if they Had Him

Donny goes Around darrin for Crack plus ~~they~~ He's known Him Since He was About 15

8-1-2011
Doug Murray

JGH - ADAMS
8-1-11
1140 hrs
36077 Faraday
Westland.

Q① How long has Don smoked crack cocaine? Since he was 22

Q② Have you known him to buy crack cocaine from Darren Ellis? Yes every since he known Darrin he been buying and smoking with Darrin

Q③ The paranoid behavior that you described Donny was exhibiting, do you know him to act that way normally? No just when he's high on crack cocaine

8-1-2011

Doug Murray

SGT. Dawley
8-5-11
0945 hrs.
280 S. Hubbard #3

X got here Friday w/h Darren Friday around 10ish.
  Played cards had dinner drank beer talked about 10ish look out window he ran out the door wife said go get him. Got my dog, went out to get him talked to him for a min. Then he took off running towards Water Berr Apts. Van pulls up, asked me where some name of a street was told him not in here, he got on walkie talkie and said Water Berry and took off. I went toward's the way he ran, called him 3 times, on 3rd time he answered phone, I asked him to meet me by the golf corse fence to come back to the Apt. never showed, tried to call again, no ancer. I came back home. Truck was out side. I thought he would be back to get, never did, told my wife to call jails & hospitals to see if he was in trouble couldn't find him

Mark E. R[...]

11-5-04

Darren Ellis + Don Murray came over on Friday 29th @ 10:00AM or 10:30AM we Drank Beer + played cards. Then Sat Donny went to the Bathroom + came out + about 5 or 10 minutes Later while playing cards He ~~AMR~~ jumped up + looked out the window AMR ~~...~~ Kitchen window, Ran to my living and grabbed Marks Crystal Ashtray on table.

I told Mark Donny Ran out the Door. Mark tried to get him Back In the Apartment, he came In for a minutes. Then Mark Had to go to the Bathroom + then thats when Donny Ran Out.

AMR

Q① Was this normal behavior for Donny? NO

He only acts like when I've seen Him about 5 yrs ago. At His Moms House on Carlson - AMR

Q ② Do you mean that you only know him to act that way when he smoked crack? Yes AMS

Q ③ How would you describe his behavior? Scared + Paranoid AMS

x Annette M Robinson

August 5, 2011

(#1-734-334-3499)

Marks
1-734-620-4766