**EXHIBIT 3**

CR No: 110019345

| Recovered Date/Time | Location | Owner |
|---|---|---|
| | | ❑ , |

**Notes**

Taser used by Sergeant Bird

### 1499 - Other Clothing 5406

| Property Class | IBR Type | UCR Type | | |
|---|---|---|---|---|
| 06 | 06 - Clothes/Furs | C - Clothing & Furs | | |
| Status | | | Count | Value |
| I - Information Only | | | 1 | 0 |
| Description | | Disposition | Evidence Tag | |
| suspect's clothing | | | 1100005104.006 | |
| Recovered Date/Time | Location | Owner | | |
| | | ❑ , | | |

**Notes**

brown shoes, belt, shorts, shirt, undershorts.

stored in large gun safe in db prior to property room.

### 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403

| Property Class | IBR Type | | UCR Type | |
|---|---|---|---|---|
| 03 | 03 - Automobiles | | V - Other Vehicle (not Stolen or Recovered) | |
| Status | | | Count | Value |
| I - Information Only | | | 1 | 0 |
| Manufacturer | Model | Serial No. | License No. | Color |
| CHEVROLET | SILVERADO | 1GCEK19T04E268378 | 4EKF26 | RED - Red |
| Vehicle Year | Body Style | | State | License Year |
| 2004 | PK - Pickup Truck | | MI | |
| Description | | Disposition | Evidence Tag | |
| SUSPECT'S VEHICLE | | TOT OWNER | | |
| Recovered Date/Time | Location | Owner | | |
| 08/01/2011 11:00 | | [O3430953] BRADY, MARY | | |

### Narrative:

CR No: 110019345-001     Written By: WEMYTYCHB (01970)     Date: 07/30/2011 02:13 PM

NSR- EVIDENCE- SET OF KEYS AND A BROKEN PURPLE MOTOROLA CELL PHONE (BELONGING TO THE SUBJ)- THE ITEMS WERE TAGGED INTO EVIDENCE***

I was at the station writing a report and tagging evidence. Dispatch called on the radio for units to clear in reference to a b&e. Dispatch stated they needed me to clear the station, as there were no other units available. Lt. Benson, Sgt Bird, and myself, were dispatched to 31127 Beechnut in reference to a subj now being held by a citizen in reference to the b&e. I proceeded to the location with lights and sirens activated, as the crime was still in progress. Lt. Benson, Sgt Bird and myself left the station at the same time and arrived on the scene at the same time, as we were following each other to the location.

As Lt. Benson, Sgt Bird and myself arrived, I observed another police officer (later identified as: Officer Lorenzetti with the Garden City Police Dept) and some other citizens struggling with the

CR No: 110019345

subj on the front porch. I ran up to the porch and could see that the subj was already handcuffed, in the front of his person. Ofc Lorenzetti informed me that the subj was bleeding and that he could not get the subjs hands behind his back, so he had to cuff him in the front. I could see blood already on the subj, unknown how it got there and scratches on his body that were freshly bleeding. Ofc Lorenzetti stated he was taking his handcuffs off, so we could take the subj into our custody. The subj appeared to be high or intoxicated as he was slurring his speech. As Lorenzzetti was taking off one handcuff, the subj began pulling away (showing active aggression towards ofcs) and kicking at ofcs with his legs. The subj was pulling so hard away from myself, that it took two hands to put the subjs hand behind his back. Sgt Bird told the subj that he would be tasered if he did not quit resisting. The subj continued to pull away from me, so Sgt Bird tasered (drive stun) the subj one time on his lower right back area. At that time, the subjs (right) hand was placed behind his back. Ofc Lorenzetti stated he could not get his other handcuff off because the subj was pulling so hard. I had to pull the subjs wrist back, so Lorenzetti could get the other handcuff off. As the subjs hand went free, he immediately began pulling away from me again. I now had to physically pull the subjs left hand behind his back because he was still pulling and kicking at ofcs. I heard the subj state," I know Joe Bobby." I was able to get the subjs left hand/wrist behind his back after he kept pulling away from me. After the subj was handcuffed, his active resistance stopped however;Ofc Lorenzetti&myself had to carry the subj to my patrol vehicle by his arms, as he refused to stand up for us after being told to do so, now passively resisting us. The subj was placed down on the ground, as we still had to search the subj incident to arrest. Just then, Ofc Lange arrived on scene. Ofc Lange searched the subj for us and turned his property over to me, where I placed same in my patrol vehicle.

Ofc Lange&myself sat the subj up, against my patrol vehicle, as he was now breathing heavy. Lt. Benson ordered EMS to the scene. Sgt Bird then directed me to get statements from the persons involved in this case.

I proceeded inside the home of 31127 Beechnut and spoke to victim (Daryl Moore & Beverley Moore). Beverly was shaken and had a cut on her foot that was freshly bleeding. Ems was also ordered for Beverley, as it was learned that the subj pushed her down while inside the home, where she struck her head on the floor. Daryl states he heard loud banging upstairs and heard his mother screaming, as he was downstairs in the basement. Daryl came running upstairs and observed the subj (unknown) walking through his living room. He told the subj to get out of his house, at which time, the subj kicked over a coffee table in the living room, knocking items on the ground. Daryl states he never saw the subj before in his life. The subj picked up a glass vase and was going to throw same at his mother (Beverley). The subj put down the vase and then grabbed Beverley by both hands and placed them behind her back and started pulling her through the house. He (Daryl), then grabbed ahold of the subj and began struggling with him to get him out of his home, during the process, the subj pushed Beverly down again where she struck her head on

CR No: 110019345

the floor. While still struggling with the subj, the subj pulled off Daryls t-shirt and Daryl was eventually able to get ahold of the subj and push him out his front door. Daryl states the subj did fall down on his front porch and tried walking away. Daryl grabbed onto the subj and told the subj he was not leaving until the police arrived. The subj continued to resist Daryl. A neighbor (Charles Ables) happened to be walking on his morning walk and assisted Daryl by helping him hold onto the subj until the police arrived. Another neighbor (Patrick Cudney) also happened to be driving his vehicle down the street and observed the struggle. Patrick got out of his vehicle and assisted (Charles&Daryl) by holding onto the subj until the police arrived. All parties state the subj appeared to be high on something. Daryl also stated his glasses were broken after struggling with the subj.

At the scene, I did observe a coffee table knocked over in the front room, with items on the floor, near the front door. I also observed a coffee table knocked over in the living room with items on the floor. I then asked Beverley what happened. Beverley states she heard a "Bam" and didn't remember anything else. She did state the subj entered in the home and she told him to "Get outta here." and tried to calm him down.

Ofc Matigan (Garden City) PD was also at the scene. He gave me witness (Annette Rippers) information. Matigan stated she saw the subj walking down the street yelling for help. Annette had already walked back to her mothers house (on Beechnut), as she was just visiting. I went to Annettes location and had her fill out a written statement. Annette told me, she saw the subj walking down the street stating," Help, Call the cops, Call the cops." The subj was carrying something in his left hand, believed to be silver&shiny. The subj continued to walk down the street and did not stop for her. Annette completed her written statement and I turned same over to Sgt Adams who later arrived at the scene.

I was then pointed in the direction of witness (Joseph Toths home: 31074 Beechnut). I spoke to Toth who states he observed the subj running down the street stating," Call the cops, Call the cops" The subj was carrying some type of glass item in his hand (possibly an ashtray). Toth states he went back inside to call 911, when he observed the subj walking towards his backyard. Toth followed the subj into his backyard and observed the subj throw the glass item at his home causing same to shatter. The subj climbed over his backyard fence and then headed towards (Daryl's& Beverley's) home westbound. A short time later, he heard yelling&screaming and observed a struggle on Daryl's front porch. Toth states the police arrived at the scene a short time later. I did walk in the backyard of Toth's home and observed broken glass to the rear of his home.

Ems did arrive on scene a short time later, I also observed ofc Lange giving the subj chest compressions/CPR. The subj and (Beverley) were both transported to the hospital by EMS. The subjs property (broken cell phone, cell phone charger, and set of keys) were later tagged into evidence.

CR No: 110019345

| CR No: 110019345-002 | Written By: WEBENSONC (00911) | Date: 07/30/2011 03:45 PM |

NSR

Sergeant Bird and Officer Mytych were dispatched to location on the report of a 213 where the perpetrator was still at location. The caller stated he was holding the perpetrator for the police until they arrived. I doubled with Sergeant Bird and made that location as well. All three of us were responding from the station. While enroute a Garden City unit (Officer Lorenzetti) called out at the house and stated the homeowner was restraining the subject. He called for additional units as he stated the subject was resisting. We arrived shortly after. I observed Officer Lorenzetti and two other citizens trying to restrain a man on the porch of location. The man was lying somewhat on his stomach while Officer Lorenzetti and another man were trying to keep him restrained. A third man was holding the feet/legs of the perpetrator, who was actively trying to get away from the men. It looked as if it was taking all of their strength just to restrain him. One of the men said the guy had forced his way into his home and assaulted his mother. He had to use force to get the man out of his home. Officers Bird and Mytych relieved the two civilians of their positions and attempted to gain control of the man, while I assisted Officer Lorenzetti with holding the man down. The perpetrator was still actively resisting us. Officer Lorenzetti said he had handcuffed the man with his arms in front. He said it was all he could do as the guy was resisting him and the man's arms were bloody. The perpetrator had a laceration on the top of his head as well as abrasions to his forehead and face. He also had blood on his arms and hands. He was mumbling something I couldn't understand and continued trying hard to get free of us. We rolled the man, with difficulty onto his side so that we could get Officer Lorenzetti's handcuffs off of the man and replace them with a Westland pair that we could use to secure his arms behind his back. We gave verbal commands to the man such as "stop resisting" and "put you hands behind your back". All he said that I understood was "I know Joe Bobby". He continued to struggle by tightening his arm muscles and trying to pull his arms free from us. Officer Lorenzetti held one arm with one of his cuffs attached to the man while Officer Mytych held the other with his cuff attached. Sergeant Bird warned the perpetrator that if he continued to resist, he would be tased. Due to the man's level of resistance he was using to try and escape, and in complaince with department policy, Sergeant Bird used his department issued Taser on the man to stop the aggression and get him restrained. He drive stunned the man, which allowed Officer Mytych to get both of the perpetrator's arms behind his back. He continued to try to pull away but Officer Mytych was eventually able to get the man's hands cuffed behind him. Once he was hand cuffed, we tried to stand him up. The man then turned his resistance into passive resistance, by letting his legs go limp. Officer Lorenzetti and Officer Mytych carried the man to Officer Mytych's police car. The man still refused to stand so they laid him on the ground, where Officer Lange, who had just arrived, searched the man incident to arrest. No weapons were found. The man began breathing very deeply as if having difficulty breathing. Officer Lange then sat the man up and let

CR No: 110019345

him rest his back against the police car. I called dispatch and requested that rescue make the location to attend to the perpetrator as well an additional rescue to attend to the victims. (See Officer Mytych's report for further on the victims). I then went with Officer Mytych back to the victim's home to get the victim's accounts of what happened. While Officer Mytych was getting the victim's accounts I told both victim's that Westland Fire Department Paramedics were enroute to attend to their injuries. The female victim was elderly and seemed somewhat frail. As Ofc Mytych and I were inside the home, listening to the male victim's account of what happened, I heard someone outside on the porch. They said "Oh my gosh, are they doing CPR on that guy?" I looked outside and saw that the perpetrator was now lying on his back (uncuffed) while Officer Lange was adminisering chest compressions. I went over there and asked Sergeant Bird what had happened. He said the man stopped breathing and had no pulse. He was thus uncuffed and laid flat on his back so Officer Lange could do CPR. He further stated he advised dispatch and told them to have rescue step it up. See Sergeant Bird's report for further. Officer Lange and Sergeant Bird took turns giving CPR until WFLD arrived and took over medical care. When it was obvious that the perpetrator was not responding to the CPR, I contacted the on duty detective, DB Lieutenant, and Deputy Chief Karrick to notify them of what had happened (in compliance with department Policy). WLFD transported the perpetrator to Garden City Hospital for treatment. Officer Lange road there with them. I later learned that the man was pronounced dead at the hospital by Garden City Hospital ER doctors. I secured Sergeant Bird's taser and later tagged it into evidence at WLPD. I stood by on the scene until DB Sergeant's Adams and Dawley arrived. I then turned the scene over to them.

---

CR No: 110019345-003   Written By: WEBIRDS (01652)   Date: 07/30/2011 05:00 PM

-NSR-

Myself and Ofc. Mytych were dispatched to the location on a B&E in progress with information that the homeowner was detaining the offender on the front porch of the location. While departing to the station lot, Lt. Benson jumped into my patrol car with me to assist on the run. While enroute to the scene we were monitoring Garden City PD dispatch and heard Garden City PD Ofc. Lorenzetti call out on the scene of our run. A short time later he called his dispatch and requested that more units be sent to the location as he was struggling with the offender. Within approximately one minute we arrived at the scene. Upon approaching the porch of the home I observed Ofc. Lorenzetti and two civilian males struggling with a third civilian male on the porch. It was clear at this point that the subject Ofc. Lorenzetti and the two civilian males were struggling with was the home invasion suspect. At this point I advised the two civilian males to release their grip on the suspect and myself, Lt. Benson and Ofc. Mytych took their place. Ofc. Lorenzetti advised officers that he was able to get the subject handcuffed but in the front and also that the subject was bleeding from various areas. I grabbed the subjects leg and dragged

him into the center of the porch in order for officers to have a better position to deal with the subject and his resistant behavior. I then knelt on the back of the subject's legs to prevent him from kicking officers. While we were doing this the subject was yelling in mostly undecernable speech however on a couple of occasions he yelled "I know Joe Bobby". Lt. Benson then assisted Ofc. Lorenzetti with unhandcuffing the subject's right hand and Ofc. Mytych was able to secure one of his handcuffs on the subject. This took the efforts of those three officers as the subject was continuously pulling away from them. I yelled at the subject to "stop resisting" and to put his right arm behind his back. He continued to resist and refused to put his hand behind his back. I punched the subject once on his right side with a closed fist in order to attempt to cause him to stop tensing his muscles preventing his arm from going behind him. This had no affect on him and I told him that if he did not stop resisting that he was going to be tased. The subject continued to resist with officers attempts to get his hand behind his back so I removed my department issued taser #PT-3, removed the forward cartridge, and delivered an approximate three (3) second drive stun to the subjects lower right back area just above his buttocks. This had a minimal affect on the subject who yelled out in pain and loosened his resistance slightly enough for officers to muscle his arm behind his back. At this point the focus turned to the subjects left arm and an attempt to remove Ofc. Lorenzetti's cuff met with more resistance from the subject. He continued to pull his arm away from Ofc. Lorenzetti making it very difficult to unlock the cuffs. Ofc. Mytych had to grab the subject's wrist with both hands and hold it still so that the handcuff could be removed. Once the cuff was removed Ofc. Mytych had to struggle with the subject to get his left hand behind his back but was eventually able to do so and I was able to secure the cuffs on the subject. At this point the subject stopped his active resistance however upon attempting to get the subject to his feet so that he could walk to the patrol vehicle, the subject refused to stand and began to passively resist officers by making his legs go limp. Ofc. Mytych and Ofc. Lorenzetti carried the subject from under his arms to Ofc. Mytych's patrol vehicle where he was placed on his stomach momentarily while Ofc. Lange, who had just arrived on scene, searched his person. While Ofc. Lange was searching the subject it was observed that the subject was breathing heavily. He was then turned over and sat up with his back against the patrol vehicle tire. At this point Lt. Benson notified dispatch and requested two rescue units respond to the location. We had been given information that an elderly woman inside the home the subject had broken into was in need of medical attention also. While waiting for WLFD to arrive myself, Ofc. Lange, Ofc. Lorenzetti, and Ofc's Redmon and Matigan (both from Garden City PD - who had just arrived on scene) stood by with the subject. As time went by the subjects breathing became more labored. I walked away briefly to look for rubber gloves in one of the patrol cars to wear when I was advised by Ofc. Lange that the subject had stopped breathing. That was followed up by Ofc. Lange further telling me that he could not locate a pulse on the subject. I then told Ofc. Lange to unhandcuff the subject, to lay him flat, and to begin CPR. I then

notified dispatch to have WLFD expedite as our subject was deteriorating. Dispatch inquired if CPR was in progress and I advised them that it was. Ofc. Lange conducted chest compressions on the subject until he got tired and I took over chest compressions until such time as WLFD arrived on scene. Medical care was turned over to them and they eventually transported the subject to Garden City Hospital. I turned over my department issued taser to Lt. Benson at the scene and waited at the location until Sgt's Adams and Dawley arrived from the Westland Police Department Detective Bureau. The subject had no identification on his person and we were unable to identify him. I retrieved a department "Blue Check" fingerprint device and responded to Garden City Hospital where I scanned the subjects right and left index fingers however received "No Hit" on same. At this time the subject remains unidentified.

---

CR No: 110019345-004    Written By: WELANGEB (01655)    Date: 07/30/2011 05:32 PM

***NSR***

On the listed date and time I responded to the listed location for a home invasion in progress. Upon arrival Lt. Benson, Sgt. Bird, Ofc. Mytych and Ofc. Lorenzetti (Garden City PD) were already on scene. I observed that they had the suspect in custody and Ofc.'s Mytych and Lorenzetti were carrying him, due to his uncooperative and assaultive behavior, out to Ofc. Mytych's patrol vehicle, which was parked in front of the location. Once at the rear of the patrol vehicle I opened the rear door so that the suspect could be placed inside. Ofc. Mytych stated that the suspect had not been searched yet. I then searched the suspect and removed all property from his pockets and turned it over to Ofc. Mytych. Lt. Benson at this point had already called for EMS to respond to check out both the victim and suspect. The suspect, who was handcuffed, was then left sitting on the ground with his back up against the patrol vehicle while officers waited for EMS to arrive. While the suspect was sitting up against the patrol vehicle he suddenly just slumped over and stopped breathing. I checked the suspect for a pulse and could not find one. The suspect was still not breathing. The suspect was immediately un-handcuffed, placed flat on his back, and I started chest compressions on the suspect. Sgt. Bird immediately contacted Dispatch and told them to have EMS step it up. I performed chest compressions on the suspect until it was taken over by Sgt. Bird. Sgt. Bird continued chest compressions on the suspect until WLFD 1433 arrived. WLFD Firefighters Parsons, Silvestri, Pochron, and Gilliam took over care of the suspect. WLFD 1433 then transported the suspect to Garden City Hospital. I went to the hospital with WLFD 1433 and the suspect was turned over to the medical staff for further medical treatment. At 1103 hours Dr. Yangouyian pronounced the suspect deceased. Sgt. Bird and Lt. Benson came to the hospital and relieved me from that location. No further action taken by this officer.

---

CR No: 110019345-005    Written By: WEADAMST (01473)    Date: 08/01/2011 07:55 AM

CR No: 110019345

On 7-30-11 Sgt Dawley and I responded to the scene on Beechnut to conduct a follow up investigation and take photographs. When we arrived we were met by Lt Benson, Sgt Bird and Ofc Mytych. Lt Benson briefed us on what had transpired and informed us that on the advice of legal counsel none of the officers would be making statements at this time. There were also several Garden City Officers at the scene. They informed us that they would complete their police reports regarding this incident but on the advice of legal counsel they would not be making written statements to us.

After being briefed by Lt Benson on what happened we made contact with Daryl Moore. Sgt Dawley interviewed him while I photographed the outside and inside of the home. While photographing the front of the house I noticed blood on a pillar on the front porch near the front door. I also noted that the front storm door window had been removed and was leaning against the house next the the front door. I observed blood on that pane of glass as well as on the storm door. There was also blood on a wicker chair on the south end of the porch. I noticed that the vegetation around the porch was matted down and there was a broken landscaping light on the s/w corner of the property.

I entered the front door into the living room and looked around. I started photographing from the bottom of the basement stairs and then into the kitchen. In the rear family room I noticed an end table. It was upright, but Ofc Mytych had informed me that it was laying in it's side when he first saw it. I noticed items on the floor around it that appeared to have fallen off of it.

Ofc Mytych then directed me to 31074 Beechnut, the home of Mr. Toth. I was directed to the backyard and specifically the s/w corner of the house. There on the ground was what appeared to be broken glass from possibly a decorative furnishing or an ash tray. I photographed it and the exterior of the home.

I then accompanied Sgt Dawley to Garden City Hospital to photograph the deceased. We were met by Ofc Rodriguez and Sgt Bird. Sgt Bird was using a Blue Check device in an attempt to identify the deceased as his identity was still unknown. I photographed the deceased and left the hospital still not knowing his identity.

On 7-31-11 Sgt Dawley and I went to Wayne County Medical Examiners Office to be present for the autopsy. We spoke with Dr. Somerset and briefed him on the events before the deceased's death. He informed us that based on what he was told he would pend the autopsy until the toxicology results returned as he suspected that cocaine may be a factor.

Later that day we were back at WLPD and were able to tentatively identify the deceased as Donald Murray. On 8-1-11 Sgt Dawley and I were directed by family members to the location of the vehicle Donald was driving that day. Sgt Dawley was given the key to the vehicle and consent from the owner, Mary Brady, to search it. We went to the Birch Hill apartment complex on Cherry Hill. We located a red Chevy Silverado in the south end of the complex near building 212. We looked through the vehicle and found Donald's wallet and ID in the center console of the

CR No: 110019345

truck. I photographed the interior and exterior of the vehicle and we drove it to the home of Donald's brother, Douglas, on Farragut in Westland. Mary Brady was there and we turned the vehicle over to her. We obtained a written statement from Douglas regarding Donald's drug use and his behavior when smoking crack. Ms. Brady also verbally told us that Donald always acted paranoid and sometimes violent when he smoked crack and that this behavior would usually last for an hour. She told us that in the past, after smoking crack, Donald had chased her with a knife believing that she was the Devil or a monster. She however did not complete a written statement at this time as she was too distraught to write.

Case pending.

---

CR No: 110019345-006     Written By: WEDAWLEYK (02025)     Date: 08/01/2011 08:27 AM

On Saturday, 07/30/2011 at 1054hrs, I was called in by Lt. Matich to investigate this incident. Myself and Sgt. Adams responded to 31127 Beechnut and were briefed by Lt. Benson.

We met with Garden City Police Officer Lorenzetti (badge #20), who was accompanied by his Patrol Sgt. Oswald. Ofc. Lorenzetti did not wish to make a statement without legal representation and Sgt. Oswald advised a copy of Lorenzetti's report would be provided to the Westland Police Department when it is completed. Sgt. Oswald and Ofc. Lorenzetti then departed.

Sgt. Adams began to photograph the scene and I made contact with Victim Daryl Moore. Daryl Moore resides at the location with his mother, Victim Beverly Moore. I interviewed Daryl Moore in the basement of the home, where Daryl has an area designated for an office.

Daryl Moore stated that around 1000 hrs on 07/30/11, he was working in his office area of the basement, when he heard his mother screaming, along with a very loud noise, consistent with a heavy object falling. Daryl stated that his mother was on the main floor of the home and his first thought was that she had fallen, because she is elderly.

Daryl immediately ran up the stairs and entered the kitchen, where he observed a strange male in the home. Daryl stated "who the fuck are you" and noticed that his mother was shaking in fear. The man, without saying a word, walked out of the kitchen and entered the family room. Daryl followed and then opened the sliding doorwall, while shouting "get out". The man refused to leave the home and instead, armed himself with a coffee mug, raised it over his head looked at Beverly Moore. Daryl interpreted this as a credible threat to harm his mother and began looking for an object to strike the man with. Daryl was unable to locate a defense weapon and continued shouting at the man. The man dropped the mug and charged at Beverly.

While charging at Beverly, the man kicked over a small end table. Upon making physical contact with Beverly, the man spun her around and forced her hands behind her back in a forceful escort hold. The man began walking Beverly through the formal dining room and that is when Daryl, in fear of his mother's safety, grabbed a hold of the man, causing him to release Beverly. Upon being released, Beverly fell to the floor, striking her head.

CR No: 110019345

Daryl's intent was to force the man out of the home via the front door, so he could call 911 and check the wellbeing of his mother, who was lying on the floor and not moving. After a lengthy struggle, Daryl was able to force the man out of the home, and in the process, Daryl's shirt became torn. Once the man was outside, Daryl observed him fall from the porch and strike his head on a landscape brick. Daryl noticed that this fall had stunned the man, who was slow to get up. Daryl observed his mother back on her feet and Daryl called 911. Shortly after placing the 911 call, Daryl observed the man get back on his feet. Daryl went outside and yelled at him that he is not going anywhere until the police arrive. The man attempted to flee South and then East to the side of the home. Daryl continued to follow the man, to alert arriving officers of the suspect's location. The man attempted to scale the privacy fence and was unsuccessful. This attempt to flee, caused damage to Daryl's landscape light and plants. The man then abandoned his efforts to scale the fence and went back to the front porch. Once on the porch, the man headed for the front door. Daryl believed that the man was attempting to re-enter the home and possibly attack his mother a second time. Daryl grabbed onto the man and a struggle ensued on the porch. At this time, neighbors rushed over and began helping Daryl prevent this man from entering the home. Daryl stated he did observe some of the man's blood on the white pillar on his front porch. Seconds later, Daryl observed the first police officer arrive, later determined to be Garden City Police Officer Lorenzetti.

Daryl stated that Officer Lorenzetti placed a knee on the man's back and applied handcuffs to the front because that is all they could do to secure the man due to his level of resistance. Once Westland officers arrived, Daryl stated he stepped out of the way and watched as the man was physically resisting being handcuffed. Daryl added that he observed the man disregard officers commands to stop resisting and he also heard a warning that a taser would be deployed prior to it's use. Daryl completed a written statement, which is attached to this report.

Detectives Adams and Dawley noticed a CVS card on the deceased's car key ring. A local CVS store provided us with the name Mary Brady and a phone number. A computer check on Mary Brady revealed a relative named Donald Lee Murray. We checked this name through booking images and it is believed that the deceased is Donald Lee Murray and that Mary Brady is his mother.

On 08/01/11 at 0800 hrs, I contacted the Lenawee County Sheriff Department to notify Mary Brady of the death of her son. At approximately 1000 hrs, Mary arrived at the Westland Police Department, along with her son Doug and Daughter Renee Nutt. Doug advised he got a phone call from a Darrin Ellis earlier in the morning indicating that Donnie was acting weird and fled the apartment complex he was visiting, after observing a burgundy van slowly driving in the parking lot on Saturday morning. Donnie further advised that Donnie's red Chevy pickup is still in the lot of the apartment complex.

Mary Brady is the owner of the truck that Donnie was borrowing. She provided me with a key and

CR No: 110019345

I went to the Birch Hill apts with Sgt. Adams and began searching for the truck. Backed into a space and directly in front of building 212 S. Hubbard Ct, was the listed 2004 Chevy pickup (MI - 4EKF26). We searched the truck and did not locate anything of evidentiary value. Sgt. Adams drove the truck to Renee Nutt's home, where we turned the truck over to Mary Brady per her request.

At the Nutt residence, we spoke in depth with Doug Murray. Doug advised that his brother Donnie, was paroled in April of 2011. Doug stated that Donnie has been smoking crack for more than 15 years and when he does, he "always" hallucinates when "high" on crack. Donnie becomes extremely paranoid and believes that people are chasing him. Doug has seen first hand, Donnie smoking crack cocaine and leave the house in only under shorts. When Doug and his mother followed him to get him back home, Donnie has called his mother the devil and on one occasion, Donnie pulled a knife on his mother and threatened to kill her because he thought she was trying to hurt him. We asked Doug if the behavior that Ellis described to Doug over the phone was normal, he stated it was not, unless he was smoking crack. Doug further added that Donnie always remembers these episodes, but he continues to abuse the drug.

When asked, Doug advised that since being paroled in April, Donnie has been living in Adrian, MI. Doug witnessed Donnie smoke crack at his home in June of 2011 and as usual, he became paranoid for approximately 2 hours after smoking crack. Donnie was crawling on the floor and searching for "bugs" that were after him.

We asked why Donnie would visit Westland and Doug advised that the only reason Donnie would come to Westland was to smoke crack. Donnie has a good job, but in order to afford the price of the drug, Donnie would steal gasoline from a near by golf course and trade it to Darren Ellis in Westland for crack. It should be noted that there were several empty portable gasoline containers in the covered bed of the pickup Donnie used to visit Westland this past weekend. We had Doug complete a written statement, along with a short Q&A. Both documents were scanned into this report.

On 08/02/11 at 0845hrs, I went to Victim Beverly Moore's residence. Due to the injury to her right hand, particularly her thumb, she was unable to complete a written statement. Beverly did state that her memory of the event is coming back to her. She remembers hearing someone "pounding" on the door. Beverly thought the storm door was locked, so she opened the main door, thinking there would be a safe barrier. When she opened the door, she was pushed down by a white male and then the male unlawfully entered the home. The male then went through the kitchen and into the family room, where he was confronted by Daryl Moore. Beverly then remembers the male grabbing onto her and pushing her back toward the living room. Once they reached the hallway, the male "threw" Beverly to the hardwood floor, causing her head to strike the floor. Beverly stated she was stunned and could not get up, so she crawled to the living room, where she was able to get up with the assistance of a chair.

Once she was on her feet, she observed the male physically attacking Daryl on the front porch. Moments later, she observed the police arrive and arrest the male, who was still screaming and trying to fight the police officers. Beverly also observed the officers perform CPR on the male in the street.

On 08/02/11, at 0930hrs, I arrived at Witness Charles Ables home for an interview. Charles stated that on Saturday morning, he was walking in the neighborhood and near the Moore residence. Charles heard Daryl Moore scream for Charles to help him. Charles observed Moore struggling with a white male and tried to help restrain him while stating that the police are on the way. Once the male hear police, he was able to break free from Charles and Daryl and began throwing lawn furniture around. At this time, Witness Patrick Cudney arrived and helped. Moments later, Officer Lorenzetti arrived and placed a knee on the males shoulder to restrain him for handcuffing. Charles added that in no way was Officer Lorenzetti suffocating the male or causing the male to experience difficulty breathing. Ofc. Lorenzetti's one knee was simply on the males shoulder to keep him down. Charles completed a written statement. Per Charles request, his son, Scott Ables, actually wrote the statement as Charles narrated it to him in my presence. Scott Ables also signed the statement as being the writer. Charles reviewed the statement and signed it to be exactly what he stated. The statement was scanned into this report.

On 08/02/11 at 1034 hrs, I arrived at Witness Patrick Cudney's home for an interview. Cudney stated that on Saturday morning, he was preparing to drive a daughter of his to work, when he first observed Murray acting strange as he walked through the neighborhood. Minutes later, as Cudney was driving toward Fernwood St, he heard Daryl Moore yelling at Cudney to help. Cudney immediately recognized the male as the one acting strangely only minutes prior. Cudney stated it appeared that the male was attempting to force entry into the Moore residence and Cudney took the male to the ground on the front porch and the three men held him down until police arrived. Once police had restrained the male, Cudney left the scene to transport his daughter to work. Cudney completed a written statement, which was scanned into this report.

On 08/05/11 at 0945 hrs, Myself and Sgt. Adams interviewed Mark and Annette Robinson in their apartment (280 S. Hubbard Ct # 3). I interviewed Mark and Sgt. Adams interviewed Annette. Mark advised that on 07/29/11 at approximately 10am, Darren Ellis called him and asked if he and Donnie could stay the weekend with them. Mark stated it was okay and they arrived in Donnie's red pickup shortly after the call. Mark stated the group played cards and drank beer all day on Friday the 29th.

Mark went on to say that Donnie was behaving "normal" on Friday and then on Saturday, 07/30/11 at approximately 10am, Donnie's behavior changed to "spooky". Mark stated that over the years, the only time Donnie acts like this is when he is high on crack. Donnie then walked out of the apartment and entered the common door area. Mark followed him and was able to coax Donnie back into the apartment. Mark then had to use the restroom and once he was in the

restroom, Donnie exited the apartment a second time.

Once out of the restroom, Mark's wife, Annette, told Mark that Donnie was starring out of the kitchen window at "something" and then left the apartment. Mark took his dog outside and began looking for Donnie. Mark observed Donnie squatting "like a catcher in a baseball game" near a dumpster along the South wall of the parking lot. Mark began walking toward Donnie, but Donnie fled eastbound, toward the Waterbury Apts.

Seconds later, Mark stated a black male driving a burgundy panel van with numerous antennas on top stopped to talk to Mark. The man asked for a street name, but Mark could not recall the name he requested. Mark told him the only street in this complex is Hubbard ct and the man acknowledged and drove away. As the man drove away, he picked-up a black portable radio and stated "Waterbury, Waterbury". This was the direction of travel for Donnie and Mark believed the man was out to get Donnie.

Mark then continued searching for Donnie with negative results. Mark also made numerous attempts to call Donnie's phone and he would not answer. I asked Mark if he observed Donnie use crack on Saturday morning and Mark stated he did not, however, he was not with Donnie when Donnie would occasionally step outside and it is possible he smoked crack when Mark was in the restroom. Mark completed a written statement, which is attached to this report. I informed Mark that we needed to speak with Darren Ellis regarding this incident and Mark stated that Ellis is not living with him anymore, because Ellis knew the police would be showing up as part of the investigation and Ellis has active warrants for his arrest. Mark added that he did not know where Ellis is staying.

On 08/05/11, Myself and Sgt. Adams went to Nutt's residence and spoke with Mary Brady. Brady provided me with the password to Murray's cell phone, to investigate text messages and voice mails to Murray's phone. Murray's phone was destroyed, however, I used a department phone and placed Murray's SIM card in it. This enabled me to obtain the voice messages, however, there were no text messages displayed. The voice messages consisted of Mark and Annette Robinson leaving messages to return to their apartment on 07-30-11 between 0941 hrs and 1015 hrs.

On 08-08-11, I reviewed the police report composed by Garden City Officer Lorenzetti. His report noted that once the suspect was at the patrol car, he was laid down on his back while they opened the rear door of the patrol car. This is when the suspect was apparently not breathing and then CPR was administered. I made contact with Ofc. Lorenzetti on 08-09-11 at 00915hrs, to seek further details. Ofc. Lorenzetti stated that once at the patrol car, the suspect was laid down on his back, just long enough to open the car door. Due to the suspect's passive resistance, he was sat up against the car with his buttocks on the ground. At this time, the suspect began labored breathing and rescue was notified. It was while sitting in the upright position, that Ofc. Lorenzetti noticed that the suspect appeared to have stopped breathing. The suspect was then

CR No: 110019345

| | | |
|---|---|---|
| un handcuffed and CPR began. On 08/08/11, Sgt. Dawley completed / faxed a Medical Examiner's Protocol form. | | |
| CR No: 110019345-007 | Written By: WEKONFARAS (01526) | ATTACHMENT ONLY REPORT - No Narrative |
| CR No: 110019345-008 | Written By: WEKONFARAS (01526) | ATTACHMENT ONLY REPORT - No Narrative |
| CR No: 110019345-009 | Written By: WEDAUGHERTYM (02143) | ATTACHMENT ONLY REPORT - No |
| CR No: 110019345-010 | Written By: WEDAWLEYK (02025) | Date: 12/23/2011 12:35 PM |

On 12-23-11, I received a fax from the Wayne County Medical Examiner's office. The report was from Dr. J. Scott Somerset M.D., Ph.D., Assistant Medical Examiner. The summary and opinion was "Donald Murray, a 38 year old white male, died of excited delirium." The complete report is attached to this supplemental report. I placed a phone call to the next of kin, Mary Brady and advised her of same.
Case Closed.

**CFS Narrative By: WEMYTYCHB (01970)**

- C3324 SUSPICIOUS SIT


01122 - 10:06:17 SUSPICIOUS SITUATIONS
01122 - 10:06:17 911 HANG UP ON CALLBACK 213
01281 - 10:36:49 620-OFC LORENZETTI CALLED OUT AT 1013 AND HIS # IS 15571
01281 - 10:37:49 THE GCPD UNIT WAS 620 OFC LORENZETTI WHO CALLED ON SCENE AT 1013 AND HIS
01281 - 10:37:49 CFS # IS 11-15571

01665 - 09:04:23 BURGLARY - FORCED ENTRY