**EXHIBIT 8**

| Number of Subjects Assaulting / Resisting Officer(s): 1 | Number Arrested: 1 |
|---|---|
| Was An Officer Injured: ☒ Yes ☐ No | If Yes, Give a Brief Explanation: OFC. LORENZETTI (GCPO) sustained cut to his right hand |

## OFFICER ASSIGNMENT

☒ Uniform ☐ Detective ☐ Special Response ☐ Non-Uniform ☐ Other:

## REASON FOR THE USE OF SUBJECT CONTROL TECHNIQUES

☒ Necessary to Effect Arrest ☐ Necessary to Defend Officer

☐ Necessary to Defend Another (List Name):

☐ Other Reason - Explain:

At the Time of the Use of Force; Was the Subject Suspected of Being Under the Influence of:
☐ Alcohol ☒ Drug / Chemical ☐ Other (list):

| SUBJECT RESISTANCE | OFFICER RESPONSE (DESCRIBE ACTION TAKEN) | DID TECHNIQUE WORK? |
|---|---|---|
| ☐ Inactive Resistance (Psychological / Verbal) Describe: | | ☐ Yes ☐ No |
| ☒ Passive Resistance Describe: Subject made his legs go limb and refused to walk to patrol vehicle after arrest. | Verbal commands w/o compliance. Ofc's Mytych and Lorenzetti carried subject to patrol vehicle. | ☐ Yes ☒ No |
| ☒ Active Resistance Describe: Subject was struggling with ofc's, attempting to get up and tensing up his arms to prevent them from being placed behind his back. | Several verbal commands w/o compliance. One closed fist strike to right side w/o compliance. One three second drive stun to lower right back area. | ☒ Yes ☐ No |
| ☐ Active Aggression Describe: | | ☐ Yes ☐ No |
| ☐ Deadly Force Assault Describe: | | ☐ Yes ☐ No |

| | | |
|---|---|---|
| A / 2: | ☐ Pressure Points Location: | ☐ Jaw Control |

### LEVEL "B" (STRIKES / OC SPRAY / TASER)

| | |
|---|---|
| B / 1: | ☒ Hand Strikes Location: RIGHT SIDE OF TORSO   ☐ Leg Strikes Location: |
| B / 2: | ☐ OC Spray   and Number of Times Sprayed ____   and Decontaminated   ☐ Yes ☐ No |
| B / 3: | ☒ Taser   X-26 # PT-3 ____   Photos of Probe Sites Required |
| | Type of Deployment:   ☒ Drive Stun   or   ☐ Cartridge and Cartridge #(s) |
| | If Cartridge:   Approximate Deployment Distance in Feet ____   Number of Cycles ____   **Required** |

### LEVEL "C" (INTERMEDIATE WEAPONS)

| | |
|---|---|
| C / 1: | ☐ Impact Weapon   Type of Impact Weapon Used:  ☐ Asp ☐ Other: |
| | Location Impacted:  ☐ Forearm  ☐ Inner Thigh  ☐ Calf  ☐ Outer Thigh  ☐ Other: |
| C / 2: | ☐ K-9 Engagement and Area of Contact: |

### LEVEL "D" (LETHAL FORCE)

| | |
|---|---|
| D / 1: | Weapon Type:  ☐ Handgun  ☐ Shotgun  ☐ Rifle  ☐ Vehicle  ☐ Other: |
| | Weapon Description (Make, Model, Claiber, and Serial #): |
| | Body Area Impacted: |

### LEVEL "E" ADDITIONAL CONTROL MEASURES (SPECIALTY MUNITIONS / RESTRAINT DEVICE)

| | |
|---|---|
| E / 1: | ☐ Flashbang Divesionary Device   ☐ Chemical Agent (other than OC Spray)   ☐ 12 Gauge Bean Bag |
| E / 2: | ☐ Retraint Chair   ☐ Hobble   ☐ Other: |

### SUBJECT INJURIES / PHOTOGRAPHS / MEDICAL ATTENTION

Subject Injured (Other Than Taser Probe): ☐ Yes ☒ No    If Yes, Desribe Injury: PRIOR TO POLICE CONTACT

Photo(s) Taken: ☒ Yes ☐ No   If No, Reason (required):

Medical Attention:   ☐ WLFD Case # ____   ☒ Hospital GCOH   and Dr. Yangouxian

☐ Subject Uncooperative   ☐ Subject Refused Treatment

Officer's Signature _Sgt. [signature]_   ID # 1652   Date 7-31-11

Reviewing Supervisor _Lt C. Brown_   ID # 911   Date 7-31-11

PD1770