# EXHIBIT 9



## TASER Information

| | |
|---|---|
| Serial # | X00-197945 |
| Model # | X26 |
| X26 Software Version | 22 |
| Dataport CD Version | 17.9 |
| Record Date Range | All Data |
| Computer Time Zone | Eastern Standard Time *DST |
| Using Daylight Savings Time | Yes |

## Downloaded By

| | |
|---|---|
| Name | steve ewing |
| Dept | westland |
| Rank | sgt |
| Windows Version | Windows XP |
| Report Generated | 07/31/11 13:49:29 (local) |

## Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0003 | 06/30/11 14:21:09 | 06/30/11 10:21:09 | 5 | 29 | 85 |
| 0004 | 06/30/11 14:21:16 | 06/30/11 10:21:16 | 5 | 29 | 84 |
| 0005 | 06/30/11 14:21:28 | 06/30/11 10:21:28 | 5 | 29 | 84 |
| 0006 | 06/30/11 14:21:36 | 06/30/11 10:21:36 | 5 | 30 | 84 |
| 0007 | 06/30/11 14:21:43 | 06/30/11 10:21:43 | 5 | 30 | 83 |
| 0008 | 06/30/11 14:26:06 | 06/30/11 10:26:06 | 5 | 30 | 98 |
| 0009 | 06/30/11 14:26:13 | 06/30/11 10:26:13 | 5 | 30 | 98 |
| 0010 | 07/07/11 15:20:07 | 07/07/11 11:20:07 | 1 | 27 | 97 |
| 0011 | 07/07/11 19:41:48 | 07/07/11 15:41:48 | 2 | 24 | 97 |
| 0012 | 07/07/11 19:41:55 | 07/07/11 15:41:55 | 2 | 24 | 97 |
| 0013 | 07/11/11 13:32:46 | 07/11/11 09:32:46 | 1 | 22 | 97 |
| 0014 | 07/11/11 14:57:28 | 07/11/11 10:57:28 | 5 | 24 | 97 |
| 0015 | 07/11/11 14:57:32 | 07/11/11 10:57:32 | 3 | 24 | 97 |
| 0016 | 07/11/11 14:57:36 | 07/11/11 10:57:36 | 3 | 24 | 96 |

| Seq | GMT Time | Local Time | Change Type | | |
|---|---|---|---|---|---|
| 0017 | 07/11/11 14:57:39 | 07/11/11 10:57:39 | 3 | 24 | 96 |
| 0018 | 07/13/11 22:55:28 | 07/13/11 18:55:28 | 1 | 20 | 96 |
| 0019 | 07/14/11 22:04:13 | 07/14/11 18:04:13 | 1 | 20 | 96 |
| 0020 | 07/17/11 23:01:58 | 07/17/11 19:01:58 | 1 | 28 | 96 |
| 0021 | 07/19/11 22:49:12 | 07/19/11 18:49:12 | 1 | 19 | 95 |
| 0022 | 07/22/11 02:49:58 | 07/21/11 22:49:58 | 1 | 20 | 95 |
| 0023 | 07/26/11 16:02:11 | 07/26/11 12:02:11 | 1 | 18 | 95 |
| 0024 | 07/26/11 17:56:36 | 07/26/11 13:56:36 | 3 | 29 | 95 |
| 0025 | 07/26/11 22:56:26 | 07/26/11 18:56:26 | 1 | 22 | 95 |
| 0026 | 07/27/11 22:59:16 | 07/27/11 18:59:16 | 1 | 24 | 95 |
| 0027 | 07/29/11 12:51:15 | 07/29/11 08:51:15 | 1 | 18 | 95 |
| 0028 | 07/29/11 22:56:42 | 07/29/11 18:56:42 | 1 | 20 | 95 |
| 0029 | 07/30/11 14:17:09 | 07/30/11 10:17:09 | 3 | 24 | 95 |

Recorded X26 Time Changes

| Seq | GMT Time | Local Time | Change Type |
|---|---|---|---|
| 0001 | 06/30/11 14:19:41 | 06/30/11 10:19:41 | FROM |
| 0002 | 06/30/11 14:19:42 | 06/30/11 10:19:42 | TO |

End of Report.