# EXHIBIT 14



# OFFICE of the WAYNE COUNTY MEDICAL EXAMINER

1300 East Warren Avenue
Detroit, MI 48207

## POST MORTEM REPORT

M.E. CASE NUMBER: 11-7716
COUNTY OF DEATH: WAYNE
TOWN OF DEATH: GARDEN CITY
DATE PRONOUNCED DEAD: Jul 30, 2011

| THIS IS TO CERTIFY THAT | PERFORMED A POSTMORTEM EXAMINATION ON THE BODY |
|---|---|
| J. Scott Somerset, M.D., Ph.D., Assistant Medical Examiner | MURRAY, DONALD |
| AT | ON |
| Wayne County Medical Examiner's Office | Jul 31, 2011 |

## SUMMARY & OPINION

Donald Murray, a 38 year old white male, died of excited delirium.

This disorder can result in sudden death and is commonly associated with the presence of cocaine or other stimulants in the blood.

The presentation of excited delirium occurs with a sudden onset, with symptoms of bizarre and/or aggressive behavior, bizarre speech, shouting, paranoia, panic, violence toward others, unexpected physical strength, reduced response to pain and hyperthermia.

Postmortem toxicology revealed cocaine and cocaine breakdown products in Mr. Murray's blood and urine.

Available police reports (Westland Police Department, Case#1100005104, Report #1100005104.1-4) indicated, on July 30, 2011 Mr. Murray was seen walking down the street yelling for help, and then he walked into in the backyard of 31074 Beechnut Ave. and threw a glass item to the house causing glass to shatter. The decedent then forced his way into 31127 Beechnut Ave. and assaulted the home owner.

Westland Police Officers arrived at the scene on July 30, 2011 at 10:04 a.m., and observed another Garden City Police Officer and some other citizens struggling with the decedent on the front porch. The decedent was already handcuffed in the front and already had scratches on his body. He appeared to be intoxicated with slurred speech. The handcuffs were removed and Mr. Murray was actively resisting by kicking at the officers; therefore, he was tasered once on the back.. The Mr. Murray began yelling in mostly undecernable speech; however, on a couple of occasions he yelled 'I know Joe Bobby!'. Subsequently, the decedent was hand-cuffed in the back and was placed down on his stomach while he was searched. Mr. Murray began breathing very deeply as if having difficulty breathing. He was then turned over and sat up with his back against the police vehicle tire. The handcuffs were removed, cardiopulmonary resuscitation was initiated and EMS was called.

On July 30, 2011 at 10:52 a.m., decedent arrived at the Garden City Hospital Emergency Room via EMS. Available medical records (Garden City Hospital, MRN#000696757) indicated, upon arrival decedent's pupils were fixed and dilated, and there was no spontaneous respirations or heart beats. ACLS protocol was performed; however, he remained asystole without pulse. Bedside cardiac ultrasound was performed and demonstrated an akinetic heart. The decedent was subsequently pronounced dead on July 30, 2011 at 11:03 a.m.

At autopsy, there were multiple abrasions and contusions (see above) and a laceration on the left elbow. The abrasions and contusions on the wrists had a pattern consistent with the reported history of handcuffs and the abrasions associated with blistering on the back were consistent with the history of Taser use.

The abrasions, contusions and the laceration were seen on the parts of the body that have bony protuberance. Internal examination revealed severe bilateral pulmonary congestion and edema; however, there were no evidence of internal injuries or disease processes present that contributed to his death.

In consideration of the autopsy findings and the circumstances surrounding this death, the manner of death is classified as accident.

(Printed Tuesday, December 06, 2011 10:22:39 AM) Page 1 of 5



## OFFICE of the WAYNE COUNTY MEDICAL EXAMINER

1300 East Warren Avenue
Detroit, MI 48207

**POST MORTEM REPORT**

M.E. CASE NUMBER
11-7716

COUNTY OF DEATH
WAYNE

TOWN OF DEATH
GARDEN CITY

DATE PRONOUNCED DEAD
Jul 30, 2011

/tlt

_____
J. Scott Somerset, M.D., Ph.D., Assistant Medical Examiner

December 6, 2011

_____
Stephanie Akins, M.D., Forensic Pathologist Fellow

(report continues on next page)

## OFFICE of the WAYNE COUNTY MEDICAL EXAMINER

1300 East Warren Avenue
Detroit, MI 48207

**POST MORTEM REPORT**

M.E. CASE NUMBER
11-7716

COUNTY OF DEATH
WAYNE

TOWN OF DEATH
GARDEN CITY

DATE PRONOUNCED DEAD
Jul 30, 2011

---

**Cause of Death:**

    EXCITED DELIRIUM

**Other Significant Conditions:**

**Manner of Death:**

    Accident

### NARRATIVE SUMMARY

POSTMORTEM EXAMINATION:
Case Number: 7716 - 11 (Donald Murray)

On the 31st day of July, 2011, an autopsy was performed on the body of Donald Murray who was pronounced dead on the 30th day of July, 2011.

EXTERNAL EXAMINATION:

The body was that of a normally developed, normally nourished white male appearing about the recorded age of 38 years. The body measured 6 feet in length and weighed 150 pounds. The body was cool, rigor mortis was fully developed, and livor mortis was present posteriorly and fixed. Clothing consisted of a green hospital gown. The head was normocephalic and the scalp hair was light brown, short and straight. The eyes had white sclerae, pale conjunctivae, and cloudy irides. The dentition was natural. No lesions of the oral mucosa were identified. There were no masses discernable in the neck and the larynx was in the midline. The thorax was symmetrical and unremarkable. The abdomen was flat. The external genitalia were those of a normal adult male. Monochromatic design tattoos consists of multiple skulls were on the proximal left arm, design of a cross was on the lateral right lower leg, and design of a yin-yang with wires on the both ends were on the proximal right arm.

EVIDENCE OF TREATMENT:

Endotracheal tube was in place. There was intravenous line present on the right antecubital fossa. There was interosseous line present on the anterior right lower leg.

EVIDENCE OF INJURY:

ABRASIONS:

-A ½ inch linear abrasion was on the top of the head.
-A 2 inch by 1 ½ inch and 1 inch by ½ inch abrasions were on the right forehead.
-A 3 inch by 2 inch abrasion was on the right cheek and lateral to the right eye.
-A 1 inch by 3/4 inch abrasion was on the right side of the head, located 2 inches below the top of the head, 2 ½ inches above the right ear canal, and ½ inch anterior to the vertical line passing through the ear.
-A 1 inch by ½ inch roughly triangular shaped abrasion was on the right side of the head, located 1 ½ inch below the top of the head, 3 inches above the right ear canal, and ½ inch posterior to the vertical line passing through the ear.
-A 1/4 inch abrasion was behind the right ear, located 4 ½ inches below the top of the head, at the level of right ear

**OFFICE of the WAYNE COUNTY MEDICAL EXAMINER**

1300 East Warren Avenue
Detroit, MI 48207

**POST MORTEM REPORT**

M.E. CASE NUMBER
11-7716
COUNTY OF DEATH
WAYNE
TOWN OF DEATH
GARDEN CITY
DATE PRONOUNCED DEAD
Jul 30, 2011

canal, and 3/4 inches posterior to the vertical line passing through the ear.

-A ½ inch abrasion was on the left temple, located 3 ½ inches below the top of the head, 1 ½ inches above the left ear canal, and 2 inches anterior to the vertical line passing through the ear.
-A ½ inch abrasion was on the left cheek, located 4 inches below the top of the head, at the level of the left ear canal, and ½ inch anterior to the vertical line passing through the ear.
-A ½ inch linear abrasion was along the right angle of mandible.
-A ½ inch abrasion was on top of the right shoulder.

-There were 3 linear abrasions, ranging from 1/4 inch up to 1 inch in length, on the right lateral thigh.

-There were multiple abrasions, ranging from ½ inch up to 3 inches in maximum dimension, on the bilateral knees.

CONTUSIONS:

-A 2 inch by 1 inch contusion was on the left shoulder.

CONTUSIONS AND ABRASIONS:

-There were multiple abrasions, ranging from ½ inch up to 2 inches in maximum dimension, on the bilateral distal forearms and the wrists. Some of these had a pattern consistent with handcuffs.

-There were multiple contusions and abrasions, ranging from ½ inch up to 2 inches in maximum dimension, on the anterior left leg.

-There were multiple contusions and abrasions ranging from ½ inch up to 1 inch, on the right elbow.

LACERATION:

-A ½ inch laceration was on the left elbow.

ABRASIONS WITH BLISTERING:

-A 3/4 inch by 1/4 inch and a 1/4 inch by 1/8 inch abrasion associated with blistering were on the right upper back, centered 9 inches below the top of the head and 2 ½ inches right of the posterior midline.

There was drying artifact of the skin on the scrotum.

INTERNAL EXAMINATION:

An autopsy was performed utilizing the normal thoraco-abdominal and posterior coronal scalp incisions.

Head:
No abnormality was noted in the reflected scalp, calvarium, dura, meninges or the base of the skull. The 1450 gm brain had symmetric cerebral and cerebellar hemispheres and was free of neoplastic lesions. The brainstem was symmetric and free of lesions. The cerebral vascular system was unremarkable.

Neck:
No abnormality was noted in the cervical muscles, hyoid bone, laryngeal cartilages, trachea, or the cervical vertebral column.

Cardiovascular System:
The 325 gm heart had a normal configuration and an unremarkable epicardial surface with a moderate amount of epicardial fat. The coronary arteries had no significant atherosclerotic disease. The myocardium was not

**OFFICE of the WAYNE COUNTY MEDICAL EXAMINER**

1300 East Warren Avenue
Detroit, MI 48207

**POST MORTEM REPORT**

M.E. CASE NUMBER
11-7716

COUNTY OF DEATH
WAYNE

TOWN OF DEATH
GARDEN CITY

DATE PRONOUNCED DEAD
Jul 30, 2011

---

hypertrophied. The papillary muscles and chordae tendineae were not thickened. The endocardium and heart valves were not fibrosed. The aorta had no significant atherosclerosis. The major arteries and great veins showed normal distribution.

Respiratory System:
The larynx and trachea were unremarkable. The right and left lungs weighed 825 gm and 700 gm, respectively. There were severe bilateral pulmonary congestion. No pulmonary emboli were identified.

Hepatobiliary System:
The 1600 gm enlarged liver had a smooth serosal surface and a parenchyma that was dark reddish-purple from passive congestion. The gallbladder and biliary tracts were unremarkable.

Hemolymphatics:
The 275 gm spleen had smooth surfaces and dark purple firm pulp. There was no significant lymphadenopathy.

Alimentary System:
The esophagus, stomach, small bowel, appendix and colon were unremarkable. The lining of the stomach had an intact and unremarkable rugal pattern and the contents of the stomach consisted of approximately 200 ml of dark brownish liquid.

Pancreas:
The pancreas showed an unremarkable tan lobulated pattern.

Endocrine System:
The thyroid gland had a normal bilobed configuration. The adrenal glands were each unremarkable with golden-yellow cortices.

Genitourinary System:

The right and left kidneys each weighed 125 gm. Each kidney had smooth cortical surfaces, normal cortico-medullary regions and no changes in the calyceal systems, pelves, ureters, or bladder.

Musculoskeletal System:
All the muscles and axial skeleton are free of any significant abnormalities.

MICROSCOPIC EXAMINATION:

Unremarkable

(End of Report)

```
PAGE 1 OF 1                                          <11-0007716>[SOME]
================================================================================

                        Toxicology Laboratory Report
                     Office of the Wayne County Medical Examiner
                     1300 East Warren Avenue Detroit Michigan 48207

================================================================================
Name:  UNKNOWN PERSON                    FILE NUMBER   :11-0007716
AKA>                                     SPECIMEN DATE> 08/01/2011
--------------------------------------------------------------------------------
SPECIMEN(s) RECEIVED>Heart Blood(1) , Femoral Blood(2) , Bile(1) , Urine(1)
, VitHu(1) , :
--------------------------------------------------------------------------------
           ALL RESULTS REPORTED IN mcg/mL UNLESS OTHERWISE INDICATED
--------------------------------------------------------------------------------
Specimen==>              Blood-1   Blood-2   Bile-1   Urine-1   VitHu-1
Date======>              C110801   C110801   C110801  C110801   C110801
001-Alcohol Screen         NEG                                 NEG
006-Barbiturate Screen     NEG
013-Stimulant Screen       NEG
015-Benzodiazepine Screen  NEG
016-Cocaine/Metab. Screen  POS
017-GC/MS Cocaine Group    POS
  Cocaine                  0.29
  Benzoylecgonine           4.1
027-Bases - Qual.                                     POS
  Levamisole                                          POS
  Nicotine                                            POS
  Methylecgonidine                                    POS
  Ecgonine Methyl Ester                               POS
  Ethyl Cocaine                                       POS
  Cocaine                                             POS
031-Opiate Screen          NEG
032-Glucose Screen                                              NEG
034-Salicylate Screen      NEG
035-Acetaminophen Screen   NEG
036-Ketone Screen                                               NEG
038-Fentanyl Screen        NEG
040-Oxycod/Oxymor Screen   NEG
```

```
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>COMMENTS<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
REF LAB :
OTHER   :
================================================================================
NEG=Analyte(s) NOT detected   POS=Analyte(s) detected   NTDN=No Testing Done
QNS=Quantity Not Sufficient   UNS=Unsatisfactory Specimen

Print Date ==> 09-21-2011 08:27:25   Toxicologist_____ Signed SEP 21 2011
                                     Director - Bradford R. Hepler Ph.D, DABFT
```